IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | NO. C 04-03466 JW |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRUNG PHAM, | |
| Defendant(s). | |

It appearing that Plaintiff Trung Pham ("Plaintiff") has yet to make an appearance in this case, the case management conference presently scheduled for June 6, 2005 is vacated. In light of Plaintiff DIRECTV's ("Plaintiff") representation that Plaintiff plans to file a motion for default judgment against Defendant, the Court sets the hearing for Plaintiff's potential motion on August 22, 2005 at 9:00 a.m. Should Plaintiff file a motion for default judgment, Plaintiff's motion shall be filed in accordance with the Court's Local Rules. Plaintiff's request to appear telephonically at the case management conference is denied as moot.

Dated: June 2, 2005        /s/ James Ware
                            JAMES WARE
                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Kessel Akessel@buchalter.com
Keli Nicole Osaki Kosaki@buchalter.com
Sandeep J. Shah sshah@buchalter.com
Suzanne M. Burke sburke@buchalter.com

**Dated: June 3, 2005**                                                                 **Richard W. Wieking, Clerk**

                                                                             **By:/jwchambers/**
                                                                                **Ronald L. Davis**
                                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California