Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

APPROVED
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRUNG PHAM,<br><br>Defendant. | Case No.: CV-04-3466 JW<br><br>Honorable James Ware<br><br>**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**<br><br>**Motion for Default Judgment Hearing:**<br><br>Date: August 22, 2005<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor |

///
///
///
///
///
///
///
///
///

BNFY 641964v1     1     (CV-04-3466 JW)
**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**

Counsel for Plaintiff DIRECTV, INC., ("DIRECTV") respectfully requests that the Court allow the telephonic appearance of its counsel at the hearing on DIRECTV's Motion for Default Judgment Against Defendant TRUNG PHAM currently scheduled for August 22, 2005, at 9:00 a.m. This request is made on the grounds that the attorneys primarily responsible for handling this matter are located in Orange County, California, approximately 385 miles from the above-referenced Court. Personal appearance at the hearing would therefore cause an undue hardship on DIRECTV. If granted, Brandon Q. Tran will be making the appearance and can be reached at (949) 224-6277.

DATED: August 15, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/ Keli N. Osaki
    Keli N. Osaki
    Attorneys for Plaintiff DIRECTV, INC.

### ORDER

Having reviewed the file and the request in this matter and for good cause appearing therefore, **IT IS SO ORDERED** that the request to appear telephonically is hereby GRANTED.

Dated: August 16, 2005

/s/ James Ware

Honorable James Ware
United States District Court
Northern District of California

BNFY 641964v1      2      (CV-04-3466 JW)

**PLAINTIFF DIRECTV, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION FOR DEFAULT JUDGMENT HEARING; [PROPOSED] ORDER THEREON**