IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, Inc., | NO. C 04-03466 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Trung Pham, | |
| Defendant. | |

Based upon the Court's August 24, 2005 Order Granting Default Judgment, judgment is entered in favor of Plaintiff DIRECTV, Inc. and against Defendant Trung Pham in the amount of $50,000 in statutory damages and $2,697.00 in attorneys' fees for a total of $52,697.00. Further, Plaintiff is entitled to costs pursuant to Rule 54, FED. R. CIV. P.

Dated: August 24, 2005       /s/ James Ware
                             JAMES WARE
                             United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan J. Kessel Akessel@buchalter.com
Keli Nicole Osaki Kosaki@buchalter.com
3  Sandeep J. Shah sshah@buchalter.com
Suzanne M. Burke sburke@buchalter.com
4

5  **Dated: August 24, 2005**                                **Richard W. Wieking, Clerk**

6

7                                                            **By:    /s/ JW Chambers**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California